No. 10,468.

RIVERSIDE ICE & STORAGE CO. *v.* THE PEOPLE.

Decided November 6, 1922. Rehearing denied December 4, 1922.

Action by the people to recover a tax on gasoline sold by plaintiff in error. Judgment for the people.

*Affirmed.*

*On Application for Supersedeas.*

1. TAXES AND TAXATION—*Gasoline.* Judgment against a corporation for the amount of tax on gasoline sold, under the provisions of chapter 168, S. L. 1919, affirmed on authority of Altitude Oil Co. v. People, 70 Colo. 452.

*Error to the District Court of Larimer County, Hon. George H. Bradfield, Judge.*

Mr. R. W. FLEMING, for plaintiff in error.

Mr. VICTOR E. KEYES, attorney general, Mr. J. J. LATON, special assistant, for the people.

*En banc.*

MR. JUSTICE TELLER delivered the opinion of the court.

DEFENDANT in error was plaintiff in an action to recover from plaintiff in error the tax on gasoline imposed by chapter 168, Laws of 1919. The complaint alleged that the defendant, prior to March 1, 1921, had offered for sale a designated quantity of gasoline for use for power purposes in propelling motor vehicles.

A demurrer to the complaint was overruled, the defendant elected to stand on the demurrer, and judgment was entered for the plaintiff.

Plaintiff in error assigns error on the overruling of the demurrer, and the entry of judgment. The complaint is the same as that in *Altitude Oil Co. v. People*, 70 Colo. 452,

202 Pac. 180, in which we held the complaint good, and affirmed a judgment entered upon defendant's election to stand upon its demurrer, as in this case. No new points are raised, and, upon the authority of the case mentioned, supersedeas is denied and the judgment affirmed.

MR. JUSTICE CAMPBELL not participating.

Decided November 6, 1922.   Rehearing denied December 4, 1922.

